JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>ORA CALIFORNIA PROPERTIES, LP, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-07065-FLA (PVCx)<br><br>**ORDER DISMISSING ACTION [DKT. 18]** |

1

On April 22, 2024, the parties filed a Stipulation for Dismissal With Prejudice of All Defendants and Plaintiffs' Complaint in its Entirety ("Stipulation"). Dkt. 18. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice.
3. Each party shall bear their own respective attorney's fees and costs.

IT IS SO ORDERED.

Dated: April 24, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge